# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 22nd day of May, two thousand and fourteen,

| | |
|---|---|
| FOR THE CAPTION AND A COMPLETE SET OF ATTORNEY LISTINGS PLEASE SEE THE LEAD DOCKET NUMBER 14-418. | ORDER<br>Docket No. 14-1646 |

A motion for In Forma Pauperis, was filed on May 14, 2014. The motion is not in compliance with FRAP 24 and LR 24.1.

Instructions and required forms for moving for this type of relief are enclosed with this order. They are also available on the Court's website www.ca2.uscourts.gov.

IT IS HEREBY ORDERED that the appeal is dismissed effective June 12, 2014 unless by that date appellant files a statement that identifies each issue to be raised on appeal and states the facts and a brief statement of reasons demonstrating each issue's merit.

For The Court:

Catherine O'Hagan Wolfe,
Clerk of Court

